UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITIBANK, NA,

    Plaintiff,

v.

LAMESHA ROBERTSON,

    Defendant.

Case No. 16-cv-05553-JCS

**ORDER OF SUA SPONTE REFERRAL AS TO WHETHER CASES ARE RELATED**

Civil Local Rule 3-12(c) provides that "[w]henever a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the lowest-numbered case with a request that the Judge assigned to the lowest-numbered case consider whether the cases are related."

Defendant Lamesha Robertson filed a notice of removal in this case purporting to remove case number CLJ 205538 from the Superior Court of California for the County of San Mateo. Robertson filed an identical notice of removal in 2012, which was given case number 12-cv-01197 and assigned to the Honorable Jeffrey White. The Court issued an order remanding the case to the San Mateo County Superior Court on June 4, 2012.

Because the notice of removal here is identical to that filed in the previous case, this action is REFERRED to Judge White pursuant to Rule 3-12(c) for a determination of whether this action is related to *Citibank, N.A. v. Robertson*, No. 3:12-cv-01197-JSW (N.D. Cal.). Any party may file a response, opposition, or statement in support of relating the cases **no later than November 7, 2016**.[1]

**IT IS SO ORDERED.**

Dated: November 3, 2016

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] The undersigned has also issued a Report and Recommendation in this case, recommending that the case once again be remanded. If Judge White determines that the cases are not related, this case will be reassigned to a randomly selected United States district judge for further proceedings, including action on that recommendation.